IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PAUL DAVID BAUGH, JR.,** *et al.*,<br>　　**Plaintiffs,**<br><br>vs.<br><br>**AUSTAL USA, LLC,**<br>　　**Defendant.** | *<br>*<br>*<br>*　**CIVIL ACTION: 1:22-00329-KD-C**<br>*<br>*<br>* |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 21, 2023 (Doc. 57) is **ADOPTED** as the opinion of this Court. As such, it is **ORDERED** that the Defendant's Motion to Dismiss Counts III-VI of Plaintiffs' First Amended Complaint (Doc. 50) is **GRANTED in part** and **DENIED in part** as follows:

1. Defendant's motion to dismiss Plaintiffs' Title VII claims for disparate treatment religious discrimination (Count III), hostile work environment (Count IV), and harassment on religious grounds (Count V) is **GRANTED** because Plaintiffs failed to exhaust their administrative remedies with respect to those claims.

2. Defendant's motion to dismiss Plaintiffs' claim for invasion of privacy by wrongful intrusion upon their solitude or seclusion in violation of Alabama state law (Count VI) is **DENIED** because Plaintiffs stated a facially plausible claim for relief with respect to that claim.

**DONE** and **ORDERED** this the **9th** day of **August 2023.**

　　　　　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**